UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

RONALD LARKINS

                                      Plaintiff,

    **-v.-**

                                    Civil Action No.
                                    5:14-cv-1106 (GLS/TWD)

STATE OF NEW YORK OFFICE OF
THE ATTORNEY GENERAL, STATE
TROOPER CHRISTOPHER SPATH,
INVESTIGATOR JARED PROPER,
STATE TROOPER ANDREW CAMPBELL

                                    Defendants.

--------------------------------------------------------------------------------

APPEARANCES:                      OF COUNSEL:

**FOR THE PLAINTIFF:**

RONALD LARKINS
11-B-3910
Plaintiff *pro se*
Auburn Correctional Facility
P.O. Box 618
Auburn, New York 13021

GARY L. SHARPE,
CHIEF JUDGE

# **ORDER**

    The above-captioned matter comes to this court following a Report-

Recommendation by Magistrate Judge Therese Wiley Dancks, duly filed

November 24, 2014. Following fourteen days from the service thereof, the

Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Therese Wiley Dancks filed November 24, 2014 (Dkt. No. 6) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that the plaintiff's malicious prosecution claim is DISMISSED with leave to amend within thirty (30) days of this order; and it is further

ORDERED that the Clerk terminate the State of New York Office of the Attorney General as a Defendant without leave to amend; and it is further

ORDERED that the plaintiff's false arrest claim is DISMISSED without leave to amend; and it is further

ORDERED that the Clerk provide a copy of this Order to the parties in accordance to the local rules.

IT IS SO ORDERED.

Dated: January 16, 2015
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court